UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER, | No. 2:23-cv-02015-KJM-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| RIVERA, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 23, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Under Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 23, 2024 (ECF No. 55), are adopted in full;

2. The complaint is dismissed without prejudice for failure to state a claim;

3. The Clerk of Court is directed to close the case; and

4. The court declines to issue a certificate of appealability.

DATED: September 9, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE